UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ria Sanchez, <br><br> Plaintiff, <br><br> – against– <br><br><br> Account Discovery Systems, LLC, <br><br> Defendant(s). | Docket No. 15 CV 1360 <br><br><br><br> **Honorable Andrea R. Wood** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that PLAINTIFF, Ria Sanchez (hereinafter "Plaintiff"), by and through her attorneys, Brighton Law Group, P.A., pursuant to Federal Rules of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant, Account Discovery Systems, LLC.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal

    (1) By the Plaintiff

        a. *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            i. A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: April 24, 2015					Respectfully submitted,
							Cassidy Tivvis

							By: /s/ Julie Crabbe

**Brighton Law Group, P.A.**
Julie Crabbe, Esq.
30 Broad Street, 14th Floor, # 1455
New York, NY 10004
Tel (646) 417-5333
Fax (866) 564-5750
Julie.C@brighton-law.com
Attorneys for Plaintiff